**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

PHILLIP BROWER #682126

**15    5039**

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PHILADELPHIA PRISON SYSTEM
CORIZON HEALTH services INC. etal
CITY OF PHILADELPHIA MUNICPAL
CORPARATION, etal U.SA CORPARATION
as Parens Patriae
_____

_____

_____

_____

_____

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name PHILLIP BROWER

ID # 682126

Current Institution C. F. C.F.

Address 7901 State Road Philadelphia
PENNSYLVANIA 19136

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _MS. AmiNA_____ Shield #_____
Where Currently Employed _medical Health care ADmin.__
Address _7901 State Road Phila PA 19136_____
_C F CF_____

Defendant No. 2    Name _P. A. Pantal_____ Shield #_____
Where Currently Employed _medecal Doctor_____
Address _7901 State Road PHILA PA 19136_____
_C F C F_____

Defendant No. 3    Name _Louis GIORLA_____ Shield #_____
Where Currently Employed _Commisioner_____
Address _7901 STATE Road Phila PA19136_____
_C. F CF_____

Defendant No. 4    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 5    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

II.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _C. F. C.F._____
_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _MEDICAL___
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _1-7-15_
_to  5-24-15  7 Am to 3 Pm._____

D.    Facts: _____

**What happened to you?**

_____
_____
_____
_____
_____
_____

**Who did what?**

_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____

**Who else saw what happened?**

_____
_____
_____
_____
_____

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. After 5½ months of Negligence Infection caused Swelling of my Testacles And threatened my Reproduction capability's. High fever Chills. Kidney pain ultrasound And possible Removal of my Testacles.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

*Rev. 10/2009*                                    - 3 -

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    C. F. C.F.
_____
_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ____   Do Not Know ____

If YES, which claim(s)?   Adiquate medical Attention

D.    Did you file a grievance In the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?
C I PoD I
_____

1.    Which claim(s) in this complaint did you grieve?  THE NEGlecT of medical Supplies
_____

2.    What was the result, if any?  THEY Never ANSWered ANY of the arievances
_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ____ N/A
_____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

N/A

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:_____

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

N/A

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). PAIN SUFFERING, NEgligence mENTaL ANguish And HospitAl Expense MONETARY Compensation IN THE Sum of $250,000

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

On these claims

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) ____ N/A

3.    Docket or Index number _____ N/A

4.    Name of Judge assigned to your case _____ N/A

5.    Approximate date of filing lawsuit _____ N/A

6.    Is the case still pending?   Yes _____ No _____   N/A

If NO, give the approximate date of disposition _____ N/A

Rev. 10/2009                              - 6 -

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ N/A _____

_____

_____

C.    Have you filed other lawsuits in state or federal court?

On other claims

      Yes ____ No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) N/A

3.    Docket or Index number _____ N/A _____

4.    Name of Judge assigned to your case _____ N/A _____

5.    Approximate date of filing lawsuit _____ N/A _____

6.    Is the case still pending?   Yes ____ No ____

      If NO, give the approximate date of disposition _____ N/A _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____ N/A _____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _21_ day of _August_ _____, 20_15_.

Signature of Plaintiff _Phillip Brower_

Inmate Number _B82 126_

Institution Address _7901 State Road_

_Phila PA, 19136_

_____

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _21_ day of _August_ , 20_15_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Phillip Brower_

## Facts

I complained to R.N. Petway and Sean the supplies nurse, who works at medical from 7AM to 3Pm about how i have been neglected medical supplies for 5½ months. The supplies nurse Sean said that the Healthcare Adminastrator Ms. Amina did not approve my medical supplies and for me to file a grievance that i never got any responses too. Due To THE Negligenecy of failure to provide medical Supplies, caused infection to set in over 5½ month period. This caused Necessity hospitalization due to infection setting in and causing fever swollen Testacles and potential Removal of my Testacles brought on by infection and Threaten Reproduction Capabilities. On 5-24-15 c/o Cooper 7AM to 3Pm shift called a stretcher. i was taken to medical for fever swollen Testacles. Nurse meggettigan said i had a tempature 102.3 while At medical Nurse meggettigan told 7AM to 3Pm P.A. Pantal That my Testacles were swollen and i had a high tempature and what should she do. P.A. Pantal never Examined me At All Then instructed the nurse to give me Tylenol and send me back to my cell, but the nurse kept me At medical for until doctor clemons showed up At work who then Examined my Testacles observed how swollen they were, saw that i had a high fever, she then called the ambulace to tAke me to the hospitAl where i had bloodwork ultrasounds infectous disease specialist and surgeons came to discuss the removal of my Testacles if the antibiolics dont bring the swelling down.

## Relief

monetary compensation, Pain Suffering, negligence mental anguish and medical Expenses. All in the sum of $250,000

CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☑

Name PHIL BROWER

Housing Unit C I PI

Intake Number_____

Police Photo Number 682126

| Description of Grievance, Incident or Problem (include date and time of incident) |
| --- |

ON 4/17/15 A Grievance was filed only to NEVER GET A Response from MEDICAL OR The Prison. Concerning ME being denied pRopER MEDical supplics wich keep causing me To GETTing urivary. TRACT INFECTIONS. ThE last infection caused. ME to be placed in the hospitAL because My TEStAcIES swole up very lARge ANd doctoRs were discussing the REmovAl of MY Right testAcle by SurgeRy.this took place of 5/24/15 NoW because Nothing HAs been done About the Above MATTER I feel AS though there is some (NEGLECT) AND DELIBERATE INdifference and leaves ME No choice TO SuE CORizion MEdicAl services AND P. A.S. foR All the Pain and Suffering MENtAl stress IN A civil Lawsuit foR MONETARY damages I haVE sent A copy of this grievance ANd copies of the unANswered oNEs Along with sick CAll slips to LAWYER

| Action Requested by Inmate: |
| --- |

MONETARY COMPENSATION

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

| Describe how and when you tried to resolve this Grievance informally. |
| --- |

Date that you are depositing this Grievance in a grievance box:

(Signature of Grievant) Phil Brower

(Date) 6/9/15

Distribution:  1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

i-570

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

# Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☑

Name __Phil Brower__    Housing Unit __C/p/__
Intake Number __682126__    Police Photo Number __682126__

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|
| On 4-17-15 At medical    Leg bag "EXTENTION Tubing" I Am not being provided with the proper medical supplies. I have had the same Leg bag urinary EXTENTION tubing for 4½ months and keep getting U.T.I.'S because of it. I Am paralyzed and need these supplies Regularly changed or i can get Kidney infection or bladder infection. I have been complaning asking medical staff to order the supplies only to be told they wont order the "Leg bag" "EXtention tubing" I have been trying every month to have them order the medical suppees and nothing has happend as of today. Please respond to the matter in writing Thank you in advance.  (LeG BaG EXTeNTION TUbing) |

| Action Requested by Inmate: |
|---|
| To have medical order my Legbag "EXTenTion Tubing" To prevent infection |

See: Continuation of Grievance - Page 2    Yes ☐    No ☑

| Describe how and when you tried to resolve this Grievance informally. |
|---|
| o Every month I speak To Nurse PETWAY At medical and ask if the supplies came in and nothing |

Date that you are depositing this Grievance in a grievance box: __4/17/15__

(Signature of Grievant) _Phillip Brower_    (Date) __4/17/15__

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

# Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☑

Name __Phil Brower__    Housing Unit __C1 P1 Cell 7__

Intake Number_____    Police Photo Number __682126__

| | Description of Grievance, Incident or Problem At chronic care. |
|---|---|
| ON 2-27-15 | (include date and time of incident) |

I am being denied the proper medical supplies needed for me properly to have a bowel movement. I am supposed to get red biohazardous bags depends and Gloves. The gloves are used to disimpact or stimulate my rectum to have a bowel movement. also whenever an accident occurs I can have gloves available so i m not touching my own shit then touching other stuff in my cell that i share with my callie. All I am asking for is the gloves that I was getting for whatever reason I am no longer receiving them. I am paralyzed T10 and have been for 2/13. Please tell what I need to do to continue to get those gloves that I need to everyday day. with that i will disimpact my self Simply would like to be able to someone answering this matter

### Action Requested by Inmate:



See: Continuation of Grievance - Page 2    Yes ☐    No ☑

### Describe how and when you tried to resolve this Grievance informally.



Date that you are depositing this Grievance in a grievance box:



(Signature of Grievant) _Phil B_____    (Date) __2-27-15__



# SICK CALL REQUEST

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: __PHIL BROWER__                Inmate I.D. Number __682126__
      (Print Name)

Social Security No. _____

Housing Unit: __C 1 P1__

Medical Problem (be specific): I Lost 30 Pounds iN 6 months I WAS to have A colonostopy done since I 3 month ago when The Russian PA did A test on my Rectum when She said I had blood IN my stool. She made A Referal To see A G.I specialist And have not been yet

Inmate's Signature __Phillip Brown__    Date: __6/7/15__    Time: __6:30 PM__

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

_____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146

---



# SICK CALL REQUEST

Check one: _____ Dental    ✗ Medical    _____ Mental Health

Name: __P__ __O__                Inmate I.D. Number __682126__
      (Print Name)

Social Security No. _____

Housing Unit: __C1P1__

Medical Problem (be specific): _____ aving kidney pain _____ _____ somach problems pain _____ would li _____ to know if my Had work _____ my liver kidneys cholestrol _____ sugar exct. Exc,

Inmate's Signature __Phillip Brown__    Date: __4-11-15__    Time: __8:00 PM__

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

_____

_____

Provider's Signature: _____ Date: _____ Time: _____

86-146

NAME          : Phillip Brower
P.P#          :
FACILITY      : C.F.C.F.
ADDRESS       : 7901 State Road
CITY. STATE.ZIP : Philadelphia, PA. 19136

RECEIVED

SEP   9 2015

IN THE UNITED STATES
DISTRICT COURT OF THE
EASTERN DISTRICT
OF PENNSYLVANIA

PHILLIP BROWER

Civil Action
DOCKET NO.

v

CORIZON HEALTH SERVICES, INC., etal
CITY OF PHILADELPHIA, Municipal Corporation, etal
U.S.A. CORPORATION, as Parens Patriae
PHILADELPHIA PRISON SYSTEM, etal      JURY TRIAL DEMANDED
COMPLAINT (CIVIL ACTION)

## I. NATION OF ACTION

1. This is a claim for damages arising from the defendants' violations of plaintiffs Civil and Constitutional rights, enforceable pursuant to 42 U.S.C. 1983 and 46 USC 30904

## II. JURISDICTION AND VENUE

2. Jurisdiction is vested in this court by virtue of the presence of federal questions.

3. At all times material hereto, all defendants acted pursuant to or under color of state law.

4. Venue is proper in this judicial district, because all acts giving rise to the action occurred therein and matter _____

DOCUMENT CREATED BY WILLIE BROWN-BEY © 09/07/2015

## III. PARTIES

5. Plaintiff, Phillip Brower, (hereinafter referred to as "plaintiff", is an adult individual with an address for service at 7901 State Road, Philadelphia, PA. 19136

6. Defendant, Corizon Health Service, INC., is a for-profit corporation,