IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP BROWER,<br><br>   *Plaintiff,*<br><br>v.<br><br>CORIZON HEALTH SERVICES INC., *et al.*,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 15-5039 |

### ORDER

  **AND NOW**, this 4th day of May, 2016, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 14, 15, 20) and Phillip Brower's ("Brower") February 24, 2016 Letter (ECF No. 16), it is **ORDERED** that the motions are **GRANTED**. Brower's complaint is **DISMISSED** without prejudice.

  The Court grants Brower leave to amend his complaint. Brower shall file his amended complaint on or before **July 1, 2016**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.