IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP BROWER,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>CORIZON HEALTH SERVICES INC., *et al.*,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 15-5039 |

## ORDER

**AND NOW**, this 20th day of September, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 32) and Phillip Brower's ("Brower") Response (ECF No. 38), it is **ORDERED** that the motion is **DENIED** as to Jean Pantal ("Pantal"), Deanna Petway ("Petway"), and Dr. Bruce Blatt ("Dr. Blatt"); **GRANTED** with prejudice as to the City of Philadelphia ("the City"), Corizon Health Services ("Corizon"); and **GRANTED** without prejudice as to Elmeada Frias ("Frias") and Sean Decker ("Decker").

Brower may file a second amended complaint as to Frias and Decker on or before **October 20, 2016**. If he fails to do so, the claims against Frias and Decker will be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.